RUTH CORNELL, Respondent, *v.* J. J. NEWBERRY COMPANY, Appellant.

Argued January 14, 1938; decided January 27, 1938.

*Gerald W. O'Connor, Philip J. Fitzgerald* and *Claude V. Pallister* for appellant.

*W. S. Barrett* and *James G. Burke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, J. Taking no part: LEHMAN and HUBBS, JJ.